COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00399-CV |
| Style: | Christus Health Gulf Coast d/b/a Christus St. John Hospital |
| | **v** Jay Houston |
| Date motion filed*: | July 28, 2015 |
| Type of motion: | Motion for substitution of counsel |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated?    No

Ordered that motion is:

☑ Granted

      If document is to be filed, document due:

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

**The Clerk of this Court is ordered to substitute Michelle Robberson for Erin E. Lunceford as the appellant's counsel of record.** *See* **TEX. R. APP. P. 6.5(d).**

Judge's signature: /s/ Chief Justice Sherry Radack
             ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 4, 2015